PROVIDED TO APALACHEE
CORRECTIONAL INSTITUTION
ON 5/24/23
FOR MAILING

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Gomez Maximo ,

Inmate ID Number: M11644 ,

*(Write your full name and inmate ID number.)*

**v.**

Kayla Campbell ,
Nurse Fulman ,

_____ ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

2ND Amended Complaint

Case No.: 5:23-cv-66-MCR/MJF
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ YES  ☐ NO

FILED USDC FLND PN
MAY 30 '23 AM 11:48

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Gomez Maximo          ID Number: M11644

List all other names by which you have been known: N/A

Current Institution: Apalachee Correction Institution

Address: 35 Apalachee Drive

Sneads, FL, 32460

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: Kayla Campbell

Official Position: (RN) Nurse

Employed at: Apalachee, Correction Institution

Mailing Address: 35 Apalachee Drive

Sneads, FL, 32460

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

2. Defendant's Name: __Fulman__

Official Position: __Nurse__

Employed at: __Apalachee Correction Institution__

Mailing Address: __35 Apalachee Drive__

__Sneads, FL, 32460__

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: _____

Official Position: _____

Employed at: _____

Mailing Address: _____

☐ Sued in Individual Capacity          ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee                    ☐ Civilly Committed Detainee

☑ Convicted State Prisoner             ☐ Convicted Federal Prisoner

☐ Immigration Detainee                 ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled
to relief. Describe how *each* Defendant was involved and what each Defendant
did, or did not do, in support of your claim. Identify when and where the events
took place, and state how each Defendant caused you harm or violated federal
law. Write each statement in short, numbered paragraphs, limited as far as
practicable to a single event or incident. ***Do not make legal arguments, quote
cases, cite statutes, or reference a memorandum.*** You may make copies of
page 6 if necessary to supply all the facts. Barring extraordinary circumstances,
no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach

irrelevant or unnecessary exhibits. Facts not related to this same incident or

issue must be addressed in a separate civil rights complaint.

8TH Amendment Claim

(1) Defendant Campbell AND Nurse Fulman enticed deliberate Indifference When They failed To Provide Plaintiff Gomez with Necessary Medical Care ON 5/6/22.

(2) ON MAY.6.2022 Plaintiff had Signed up FoR SickCall, Due To his hernia, Swollen up AND Causing Pain.

(3) Plaintiff enTeR The Medical TriageRoom To Receive Medical TreatmenT FoR his Swollen Hernia.

(4) Nurse Campbell ToId Plaintiff I am NoT giving you ANY Treatment, I donoT Care About your Small Hernia, NoR AM I Refering you To DoCToR Williams.

(5) Nurse Fulman will Now Also STArT To Mock Plaintiff I guess You might As well STArT Crawling ouT The Medical Room Now.

(6) ON June.15.2022 Plaintiff WAS Review by Doctor Williams Due To Grievances Plaintiff FiIeD.

(7) upon DocToR williams EXAmination Plaintiff WAS dianoseD WiTh (2) Lagre HerinAs.

(8) Plaintiff WAS SenT To Reception Medical CenTeR by DocToR William FoR Surgery.

(9) DocToR williams ToId Plaintiff ThaT She WAS upseT WiTh Nurse CAmpbell AND Nurse FulMAN FoR NoT PeRViding Plaintiff WiTh ANY TreatmenT ON 5/6/22

ThaT Plaintiff Should have had Surgery (oATe) AppoinTmenTs A MONTh Ago To Remove boTh Hernias

1 OF 2

**Statement of Facts Continued** (*Page 2 of 2*)

(10) Doctor Williams Also Told Plaintiff That She was going To Report The Incident To The medical Department.

(11) Once AT (RMC) Plaintiff under went Surgery For 1 hernia Doctor Gulpa ON 2/11/23.

(12) Plaintiff is Now Waiting For Sept. 2023 To Remove The Last Hernia by Surgery Doctor Gulpa.

(13) Plaintiff Gomez Still Suffers Emotional distress in Recalling The Abuse by Nurse Campbell And Nurse Fulman.

(14) Plaintiff Gomez is Entitled Of Relief Against Defendants Nurse Campbell And Nurse Fulman For Violation OF his 8Th And 14Th Amendment OF The United States Constitution AS A Result Makes The Defendants liable.

(15) Plaintiff Gomez Also Suffered humiliation And Mental Anguish, Emotional Trauma.

(16) Plaintiff Gomez Now Files This Complaint Civil Suit Against The Above Named defendants For They Refusal To Treat A Nessarry medical Condition, ON 5/6/22.

(17) Plaintiff Gomez has No Plain Adequate Or Completed Remedy AT Law To Redress Wrong described here iN.

(18) Plaintiff Gomez is Entitled To Punitive Damages Against ALL Defendants.

(19) A employee Maybe liable under 42 u.s.c 1983 For Their Actions if They Exhibit deliberate Indifference, Nurse Campbell And Fulman Was Aware That Plaintiff Was Suffering From Pain ON 5/6/22, Due To A Swollen Hernia.

6

(20) Defendants Campbell And Fulman Refusal To Treat Plaintiff Hernia, Cause Futher Pain And Suffering. Plaintiff Dianosed With (2) Large Hernias.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States

have been violated. Be specific. If more than one claim is asserted, number each

separate claim and relate it to the facts alleged in Section IV. If more than one

Defendant is named, indicate which claim is presented against which Defendant.

(1) Plaintiff Maximo Gomez brings This 8th Amendment claim of deliberate Indifference To A Serious medical Need Against (RN) Kayla Campbell on 5/6/22, Ms. Campbell Refuse To Treat Plaintiff Hernia For The Very Purpose To Cause harm To Plaintiff. Defendants Actions Are Prohibited by The 8th Amendment of The UNITED STATES CONSTITUTION.

(2) Plaintiff Maximo Gomez brings This 8th Amendment Claim of deliberate Indifference To A Serious medical Need Against NURSE Fulman on 5/6/22 Nurse Fulman Refuse To Treat Plaintiff Hernia For The Very Purpose To Cause harm To Plaintiff. Defendants Actions Are Prohibited by The 8th Amendment Of The UNITED STATES CONSTITUTION.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal

arguments or cite to cases/ statutes. If requesting money damages *(either*

*actual or punitive damages)*, include the amount sought and explain the basis

for the claims. (A) Issue A declaratory Judgment Stating That:
(1) That The Failure To Provide Necessary medical Care by Defendants Nurse Campbell AND Nurse Fulman ON May. 6 2022 Violated Plaintiff Rights under The 8th AND 14th Amendment To The UNITED STATES CONSTITUTION. (2) Compensatory Damages in The Amount OF $250.000 Against Defendants Nurse Campbell AND Nurse Fulman Jointly AND Severally (3) Plaintiff Also Seeks Punitive Damages in The Amount OF $250.000 Against ALL Defendants Sued Individually, Attorney FEES Pursuant To U.S.C 1983 AND COST OF litigation. (4) A Trial By Jury ON ALL Issues. So Triable Such Relief As Justice may Require As The Court may deem Just AND Proper.

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g).  Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.  PRIOR LITIGATION

*This section requires you to identify your prior litigation history.  Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case.  You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☑ YES   ☐ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: 12/29/22    Case #: 5:22-CV-00276-TKW-MJF

   Court: NoRThern DisTricT oF FLoRiDA

   Reason: DiD NoT lisT All prioR liTigATioNs

2. Date: _____ Case #: _____

   Court: _____

   Reason: _____

3. Date: _____ Case #: _____

   Court: _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in **state or federal court** dealing

with the same facts or issue involved in this case?

☑ YES ☐ NO

If "Yes," identify the case number, parties, date filed, result (*if not still*

*pending*), name of judge, and court for each case (*if more than one*):

1. Case #: 5:22-CV-0027 TKW MJF  Parties: Gomez VS Campbell

Court: Nothern District  Judge: Michael J FRANKS

Date Filed: 11/14/22  Dismissal Date (*if not pending*): 12/29/22

Reason: DID NOT PUT ALL PRIOR litigation ON FORM.

2. Case #:_____  Parties:_____

Court:_____  Judge:_____

Date Filed:_____  Dismissal Date (*if not pending*):_____

Reason:_____

*(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in

**state or federal court** either challenging your conviction or relating to

the conditions of your confinement?.

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: 3:22-CV-387 MCR-MMH   Parties: Gomez VS Crews

   Court: Middle District   Judge: Monte C. Richardson

   Date Filed 8/7/22   Dismissal Date (*if not pending*): N/A

   Reason: Settlement

2. Case #: 9:20-CV-80658   Parties: Gomez US. Burgess

   Court: Southern   Judge: L. Reid

   Date Filed: 4/10/22   Dismissal Date (*if not pending*): N/A

   Reason: Settlement.

3. Case #: 3:20 CV-253 BJD MCR   Parties: Gomez VS Listen

   Court: Middle District   Judge: Brian J. Davis

   Date Filed: 2/23/22   Dismissal Date (*if not pending*): N/A

   Reason: Lost Summary Judgement.

4. Case #: 2:22-CV-14275   Parties: Gomez VS Vernon

   Court: Southern   Judge: Roy Altman

   Date Filed: 8/9/22   Dismissal Date (*if not pending*): N/A

   Reason: Still Pending

5. Case #: 9:21-CV-82123   Parties: Gomez VS Jefferson

   Court: Southern   Judge: Donald Middlebrooks

   Date Filed: 12/28/21   Dismissal Date (*if not pending*): N/A

   Reason: Settlement.

6. Case #:_____Parties: _____

Court:_____Judge:_____

Date Filed:_____Dismissal Date (*if not pending*): _____

Reason: _____

***(Attach additional pages as necessary to list all cases.)***

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there

   is any change to my mailing address and that my failure to do so may result

   in a dismissal of the action.

Date: 5/24/23 Plaintiff's Signature: _____

Printed Name of Plaintiff: Gomez Maximo

Correctional Institution: APAlachee Correctional Institution

Address: 35 Apalachee Drive

SNeADS, FLORIDA 32460

**I certify and declare, under penalty of perjury, that this complaint was**

**(*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in**

**the prison's mail system for mailing on the 24th day of MAY, 20 23**

Signature of Incarcerated Plaintiff: _____

LEGAL MAIL

Maximo Gomez #M116144
Apalachee Correctional Institution
BS Apalachee Drive
Sneads, FL 32460

MAY 3 0 2023

To. United States District Court
Northern District of Florida
Pensacola Division
1 North Palafox Street
Pensacola, Florida 32502

PROVIDED TO APALACHEE
CORRECTIONAL INSTITUTION
ON
FOR MAILING