113792-7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO. 5:23-cv-66-MCR/MJF

MAXIMO GOMEZ,

      Plaintiff,

v.

KAYLA CAMPBELL and FULMAN,

      Defendants.

_____/

**NON-PARTY CENTURION'S RESPONSE TO THE COURT'S ORDER
DATED OCTOBER 4, 2023 [ECF NO. 37]**

Non-party Centurion of Florida, LLC ("Centurion"), by and through its undersigned counsel, and pursuant to the Court's Order dated October 4, 2023, hereby makes this limited appearance[1] in response to the Court's Order, and further states as follows:

In compliance with the Court's Order, Non-Party Centurion, states it has no record of a "Nurse Fulman" working for Centurion. In response to the Court's Order, Centurion searched its personnel system by last name (i.e., Fulman), which did not yield any individuals. Centurion further several variations of the last name (specifically, "Fullman," "Fulman", "Fulm," and even "Ful"), and no name even

---

[1] Centurion's appearance in this matter is made for the sole, limited basis of responding to the Court's Order. Centurion is not a party to this litigation, is not generally appearing, and does not hereby waive any arguments related to service, jurisdiction, venue, or otherwise.

CASE NO. 5:23-cv-66-MCR/MJF

resembling "Fulman" came up. Consequently, and notwithstanding Centurion's efforts, Centurion is unable to locate contact information for the nurse Plaintiff has identified solely as "Nurse Fulman".

Dated: October 25, 2023

Respectfully submitted,

_/s/ Carlos A. Garcia_____
Carlos A. Garcia, Esquire (FBN 99768)
cagarcia@wickersmith.com
ftlcrtpleadings@wickersmith.com
WICKER SMITH O'HARA McCOY &
FORD, P.A.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Telephone:  (954) 847-4800
Facsimile:   (954) 760-9353
*Attorneys for Centurion of Fla., LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on October 22, 2023, and the foregoing document is being served this day on all counsel or parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing, in compliance with Federal Rule of Civil Procedure 5(b)(3).

_/s/ Carlos A. Garcia_____
Carlos A. Garcia, Esquire