UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MAXIMO GOMEZ,

    Plaintiff,

v.                                      Case No. 5:23-cv-66-MCR-MJF

KAYLA CAMPBELL,

    Defendant.

_____/

**ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 28, 2024. ECF No. 49. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** without prejudice as malicious, under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), for Plaintiff's abuse of the judicial process in failing to disclose completely and honestly his litigation history.

3. Defendant's Motion to Dismiss (ECF No. 35) and Plaintiff's Motions for Leave to Amend (ECF Nos. 50 and 55), Motion to Set Mediation Date (ECF No. 58) and Motion to Clarify Litigation History (ECF No. 59) are denied as moot.

4. The clerk of the court shall close this case file.

**DONE AND ORDERED** this 26th day of June 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**